TRIPLETT, WOOLF & GARRETSON, LLC
2959 NORTH ROCK ROAD, SUITE 300
WICHITA, KS 67226
Telephone: 316.630.8100
Facsimile: 316.630.8101
www.twgfirm.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| U4, LLC, | |
| Plaintiff, | Case No. |
| -vs- | |
| SONIC DRIVE-IN OF PITTSBURG, LLC, JOHN R. MARTIN, and WAYNE McCABE | DESIGNATED PLACE OF TRIAL: WICHITA, KANSAS |
| Defendants. | |

# **COMPLAINT**

Plaintiff U4, LLC, through its lawyer, Derek S. Casey of TRIPLETT, WOOLF & GARRETSON, LLC, for its complaint against defendants SONIC DRIVE-IN OF PITTSBURG, LLC, JOHN R. MARTIN, and WAYNE McCABE, states:

1. Plaintiff U4, LLC is a Missouri limited liability company with its principal place of business in Missouri.

2. Defendant SONIC DRIVE-IN OF PITTSBURG, LLC is a Kansas limited liability company with its principal place of business in the state of Kansas.

3. Defendant JOHN R. MARTIN is an adult who resides in the state of Kansas.

4. Defendant WAYNE McCABE is an adult who resides in the state of Kansas.

5. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §1332(a)(1) and (c)(1), because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and cost, and is between citizens of different States.

6. Defendant Sonic Drive-In of Pittsburg, LLC ("the Pittsburg Sonic") owns and operates a Sonic Drive-In restaurant located in Pittsburg, Kansas. The restaurant is one of the more successful in the Sonic Drive-In restaurant chain, with a net income of approximately $600,000.00 annually.

7. Defendant John R. Martin owns 53% of the Pittsburg Sonic. Mr. Martin is the majority and controlling member of the Pittsburg Sonic who dominates the management of the company. As a result, Mr. Martin occupies a fiduciary relationship to the Pittsburg Sonic and its minority owners.

8. Defendant Wayne McCabe owns 22% of the Pittsburg Sonic. Defendant McCabe manages the Pittsburg Sonic and the restaurant. As a result, Mr. McCabe occupies a fiduciary relationship to the Pittsburg Sonic and to its owners.

9. Prior to April 7, 2016, R & L Carpenter Enterprises, Inc. owned the remaining 25% of the Pittsburg Sonic. With net income of approximately $600,000.00 annually, R & L Carpenter Enterprises' 25% ownership interest generates about $150,000.00 in profits each year for R & L Carpenter Enterprises.

10. On December 8, 2015, plaintiff U4, LLC entered into a contract with R & L Carpenter Enterprises, Inc. to purchase its 25% interest in the Pittsburg Sonic. The purchase price was $997,803.66 with a slight adjustment for certain assets and liabilities.

11. Pursuant to the terms of the Pittsburg Sonic's operating agreement, R & L Carpenter Enterprises gave notice of its intent to sell its interest to defendants John R. Martin and Wayne McCabe.

12. Pursuant to the terms of the Pittsburg Sonic's operating agreement, Mr. Martin and Mr. McCabe had a right-of-first refusal to purchase R & L Carpenter Enterprises' 25% interest.

13. Mr. Martin's and Mr. McCabe's right-of-first refusal to purchase R & L Carpenter Enterprises' 25% interest expired without Mr. Martin or Mr. McCabe exercising their right.

14. Due to Mr. Martin's and Mr. McCabe's failure to exercise their right-of-first-refusal, R & L Carpenter Enterprises sold and assigned its 25% interest in the Pittsburg Sonic to U4, LLC on April 5, 2016.

15. On April 7, 2016, R & L Carpenter Enterprises notified the Pittsburg Sonic, Mr. Martin, and Mr. McCabe that it had sold its 25% interest to U4, LLC. R & L Carpenter Enterprises informed the Pittsburg Sonic, Mr. Martin, and Mr. McCabe that "[a]ll future distributions with respect to that membership interest (as well as all further financial statements and reports) should be sent to U4, LLC."

16. Nonetheless, the Pittsburg Sonic, Mr. Martin, and Mr. McCabe have refused to recognize U4, LLC's ownership interest. Instead, the Pittsburg Sonic, Mr. Martin, and Mr. McCabe contend that the sale and transfer were "ineffective" and are a "nullity." The Pittsburg Sonic, Mr. Martin, and Mr. McCabe, despite notice of the sale, continue to distribute the Pittsburg Sonic's profits to R & L Carpenter Enterprises.

17. U4, LLC, as the good faith purchaser and assignee of R & L Carpenter Enterprises' 25% interest in the Pittsburg Sonic, is entitled to share in the company's profit and losses and receive its financial statements and reports.

18.     Defendants have breached the Pittsburg Sonic's operating agreement, deviated from their fiduciary duties, and otherwise violated Kansas law by refusing to recognize U4, LLC's 25% ownership interest, distribute profits to U4, LLC, and provide access to its financial statements and reports to U4, LLC.

19.     To remedy these unlawful acts, U4, LLC seeks judgment from this Court (a) declaring that it is the owner of a 25% economic interest in the Pittsburg Sonic, (b) ordering defendants to make all financial statements and reports relating to the operation of the Pittsburg Sonic from April 5, 2016 to the present and into the future, available to U4, LLC, (c) awarding damages in an amount in excess of $75,000.00 to U4, LLC, to compensate it for its lost profits, (d) ordering defendants to distribute 25% of the Pittsburg Sonic's future profits to U4, LLC, and (e) granting plaintiff recovery of its costs associated with this action insofar as allowed by law.

FOR THESE REASONS, the Court should grant JUDGMENT to plaintiff U4, LLC (a) declaring that U4, LLC is the owner of a 25% economic interest in Sonic Drive-In of Pittsburg, LLC, as of April 5, 2016, (b) ordering defendants to make all financial statements and reports relating to the operation of Sonic Drive-In of Pittsburg, LLC from April 5, 2016 to the present and into the future, available to U4, LLC, (c) awarding damages to U4, LLC, in an amount in excess of $75,000.00 to compensate it for its lost profits, (d) ordering defendants to distribute 25% of the Pittsburg Sonic's future profits to U3, LLC, and (e) grant plaintiff U4, LLC, its costs associated with this action, insofar as allowed by law, with such other and further relief as the court may deem to be just and equitable

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff U4, LLC, pursuant to D. Kan. Rule 40.2(d)(1), designates Wichita, Kansas as the place for the trial of this action.

DATED: June 29, 2016.

        Respectfully submitted,

        TRIPLETT, WOOLF & GARRETSON, LLC

        /s/Derek S. Casey
        Derek S. Casey, #15125
        dscasey@twgfirm.com
        2959 North Rock Road, Suite 300
        Wichita, Kansas  67226
        Telephone:     316.630.8100
        Facsimile:      316.630.8101

        *Attorneys for Plaintiff U4, LLC*

*U4, LLC vs. Sonic Drive-In of Pittsburg, LLC*
**Complaint**     Page 5 of 5 Pages
TWG16481-001/518878v1